**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-30096 |
| Plaintiff - Appellee, | D.C. No. 1:09-cr-00097-SPW |
| v. | |
| THOMAS J. EMBRY, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted January 20, 2016[**]

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Thomas J. Embry appeals from the district court's judgment and challenges

the 18-month sentence imposed upon revocation of supervised release.    We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

Embry contends that his sentence is substantively unreasonable.    The

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.    *See* Fed. R. App. P. 34(a)(2).

district court did not abuse its discretion in imposing Embry's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The above-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Embry's repeated breaches of the court's trust and the need to protect the public. *See Gall,* 552 U.S. at 51; *United States v. Miqbel*, 444 F.3d 1173, 1182 (9th Cir. 2006). Moreover, contrary to Embry's contention, the record reflects that the district court considered only proper sentencing factors. *See Miqbel*, 444 F.3d at 1182.

**AFFIRMED.**

15-30096